**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

BORGER MANAGEMENT, INC.,
1111 14th Street, N.W.
Suite 200
Washington, DC 20005
                              Plaintiff,

              v.                                 Case No.  1:15-cv-01958-CKK

THE HANOVER INSURANCE
COMPANY,
440 Lincoln Street
Worcester, MA 01653
                              Defendant.

**STIPULATION TO DISMISS THE COMPLAINT WITH PREJUDICE**

The parties hereby stipulate to the dismissal of this action pursuant to Rule 41(A)(ii),

Federal Rules of Civil Procedure.  The parties to this action have settled the claims between them

asserted in this action.

The parties stipulate that this case is hereby dismissed with prejudice, with each party

bearing its own costs and attorneys' fees.

Respectfully submitted this 21st day of December, 2015.

By s/ *Marc E. Rindner*

Richard A. Simpson (DC Bar No. 411893)
Marc E. Rindner (DC Bar No. 461250)
WILEY REIN LLP
1776 K Street NW
Washington, DC 20006
(202) 719-7486
rsimpson@wileyrein.com
mrindner@wileyrein.com
*Counsel for The Hanover*
*Insurance Company*


By s/ *William C. Casano*

Richard W. Luchs (DC Bar No. 243931)
William C. Casano (DC Bar No. 352492)
Debra F. Leege (DC Bar No. 497380)
1620 L Street, NW Suite 900
Washington, DC 20036-5605
(202) 452-1400
dfl@gdllaw.com
*Counsel for Borger Management Inc.*